AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

FIFI GRAHAM,

        Plaintiff,

v.

CITY OF NEWARK

        Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-1570 (WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

_ GRANTED and

_ The clerk is directed to file the complaint, and

_ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

x DENIED, for the following reasons:

    Lack of jurisdication; this matter should be filed in Superior Court

On this  29th  day of March, 2011

WILLIAM J. MARTINI, U.S.D.J.

Plaintiff may submit a filing fee of $350.00 within 30 days of this Order to reopen this case.